IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION | ) ) ) |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, AND RICHARD HERSHEY | ) ) ) ) |
| v. | ) Case Number   1:06Ms00489 ) ) Judge:  Colleen Kollar-Kotelly ) |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, AND JOHN DOES 1-100 | ) ) ) ) ) |

**OBJECTIONS OF NON-PARTY LEHMAN BROTHERS, INC.
TO PLAINTIFFS' SUBPOENA TO THE
<u>UNITED STATES COMMODITY FUTURES TRADING COMMISSION</u>**

Pursuant to Section 8(f) of the Commodity Exchange Act, 7 U.S.C. §12(f), and Rule 45(c)(3)(B) of the Federal Rules of Civil Procedure, non-party Lehman Brothers, Inc., by its undersigned attorneys, hereby objects on its own behalf and on behalf of any affected affiliated entity (collectively, "Lehman"), to the subpoena(s) (the "Subpoena") served upon the United States Commodity Futures Trading Commission (the "Commission") in the action *Kohen, et al., v. Pacific Investment Management Company LLC, et al.* (No. 05 C 4561 N.D. Ill.) (the "Litigation"), as follows:

1. Lehman objects to the Subpoena and the Commission's production of information relating to Lehman in response on the ground that it did not receive proper or timely notice of the Subpoena or the Commission's intent to produce potentially responsive information.

2. Lehman objects to the Commission's production of any information relating to Lehman in response to the Subpoena on the ground that such information is commercial and proprietary information belonging to Lehman and/or its customers.

3. Lehman objects to the Commission's production of any information relating to Lehman in response to the Subpoena on the ground that the Subpoena is overbroad and seeks the production of information that is irrelevant to Plaintiff's claims in the litigation. Lehman is neither a party to the Litigation nor mentioned anywhere in Plaintiffs' Complaint.

4. Lehman objects to the Commission's production of any information relating to Lehman in response to the Subpoena on the ground that Plaintiff has not shown a substantial need for such information that cannot otherwise be met without undue hardship as required by Rule 45 of the Federal Rules of Civil Procedure. Any possible benefit to Plaintiffs of the production of such information would be greatly outweighed by the harm suffered by Lehman and its customers.

5. Lehman objects to the Commission's production of any information relating to Lehman in response to the Subpoena on the ground that it would violate the Commission's confidentiality obligations with respect to such information.

6. Lehman objects to the Commission's production of any information relating to Lehman in response to the Subpoena as it would contradict the District Court's previous rulings in the Litigation and interfere with its management of discovery in the case.

7. Lehman objects to the Commission's production of any information relating to Lehman in response to the Subpoena on the ground that it already has produced to Plaintiff information it requested regarding defendant Pacific Investment Management Company LLC.

8.     Lehman objects to the Commission's production of any information in response to the Subpoena to the extent it requests information protected by any qualified or other privilege.

9.     Lehman's objections to the Subpoena and the Commission's production in response are without waiver of its rights to move to quash, otherwise object to, or pursue any other available remedy with respect to, the Subpoena.

Dated:  November 17, 2006

                          Respectfully submitted,

                           /s/ R. Christopher Cook
                          R. Christopher Cook
                          JONES DAY
                          51 Louisiana Avenue, N.W.
                          Washington, D.C. 20002-2113
                          christophercook@jonesday.com

                          Lee Ann Russo
                          Karey V. Skiermont
                          JONES DAY
                          77 West Wacker
                          Chicago, Illinois 60601-1692
                          Phone No:     (312) 782-3939
                          Facsimile No:  (312) 782-8585
                          larusso@jonesday.com
                          kskiermont@jonesday.com

                          *Counsel for Non-Party*
                          *Lehman Brothers, Inc.*

## CERTIFICATE OF SERVICE

I, Karey Skiermont, an attorney for Lehman Brothers, Inc. hereby certify that on November 17, 2006 I served a copy of Objections of Non-Party Lehman Brothers, Inc. to Plaintiffs' Subpoena to the United States Commodity Futures Trading Commission via Federal Express on:

Marvin A. Miller
Jennifer W. Sprengel
Anthony F. Fata
Miller Faucher and Cafferty, LLP
30 N. LaSalle St.
Chicago, IL 60602

Christopher Lovell
Gary S. Jacobson
Merrick S. Rayle
Craig Essenmacher
Lovell Steward Halebian, LLP
500 Fifth Avenue
New York, NY 10110

Geoffrey Horn
Vince Briganti
Lowey Dannenberg Bemporad & Selinger, PC
The Gateway
One North Lexington Ave.
White Plains, NY 10601

Louis F. Burke
Louis F. Burke, PC
460 Park Avenue
New York, NY 10022

William J. Nissen
Eric J. Grush
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Michael T. Hannafan
Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive, Suite 1208
Chicago, IL 60601

David Kotler
Dechert LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3, Suite 210
Lawrenceville, NJ 08648

Gloria P. Clement
Assistant GC
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Kevin Martin King
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20005-3502


  /s/Karey Skiermont_____
Karey Skiermont