IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IN RE SUBPOENA ISSUED TO THE
COMMODITY FUTURES TRADING
COMMISSION

---

Kohen, *et al.*,

                Plaintiffs,

      v.                              Misc. No. 06-00489

Pacific Investment Management
Company, LLC and PIMCO Funds,

                Defendants.             Judge Colleen Kollar-Kotelly

---

**MOTION OF COMMODITY FUTURES TRADING COMMISSION FOR
TEMPORARY STAY OF PROCEEDINGS RELATIVE TO THE
INSTANT DOCUMENT SUBPOENA TO THE COMMISSION**

In September 2006, plaintiffs in the civil litigation that is pending in the United States District Court for the Northern District of Illinois served a document subpoena on the Commission.[1] The Chicago class action complaint alleges that Pacific Investment Management Company and a related entity manipulated the price of the June 2005 10-year Treasury Note futures contract traded on the Chicago Board of Trade. For the reasons set forth below, the Commission requests a stay of this matter as it relates to the Commission until Wednesday, December 13, 2006.

---

[1] *Kohen, et al. v. Pacific Investment Management Company, et al.*, No. 05-C-4681 (ND IL).

1

The subpoena to the Commission calls for two broad categories of information: 1) specific trading data regularly collected by the Commission from participants in the market and from the exchange for trading in the 10-Year Treasury Note, not just for June 2005 delivery but also including the March, September, and December 2005 delivery months;[2] and 2) non-formalized surveillance information, including the records of conversations or e-mails with futures and cash market participants, the exchange, and other federal agencies, collected by the Commission's staff as part of the Commission's monitoring of the trading in the futures contracts.

On November 7, 2006, Citadel Investment Group, LLC, filed a motion to quash the subpoena to the Commission. Citadel advised the Court that the subpoena to the Commission would entail disclosure of its "trading information, market position, and trading strategies." Citadel November 7 Motion to Quash at 3 [Docket No. 1]. On November 16, 2006, Ronin Capital, LLC, filed a similar motion to quash. It advised the Court that its positions had been reported to the Commission under the large trader reporting system (n. 2, *infra*) and objected to disclosure of this information pursuant to the subpoena. *See* Ronin November 16 Motion to Quash at 4 [Docket No. 2].

On November 20, 2006, the *Kohen* plaintiffs filed an opposition to the Citadel Motion to Quash. In that opposition, plaintiffs observed that there are current

---

[2] These reports include the so-called large trader reports required by 17 CFR Parts 15 and 17 with respect to traders who hold positions on any given day above reportable levels. The reporting level for the 10-Year Treasury Note during almost all of 2005 was 2000 contracts.

2

negotiations between Commission counsel and the plaintiffs on the scope of the subpoena and that the parties' counsels have tentatively agreed to limit the subpoena to data regarding the June 2005 contract alone. The parties also have tentatively agreed to reduce the scope of discovery of non-formalized surveillance communications, *inter alia,* to exclude communications among government agencies and communications with all but the PIMCO defendants in the underlying action. *See* Plaintiffs' November 20 Opposition at 1-2 [Docket No. 3].

Plaintiffs also point out, and the Commission here emphasizes, that negotiations are not entirely complete and that the Commission itself has not yet had time to consider compliance with the subpoena in its proposed limited form under the Commission's *Touhy* regulations, 17 CFR Part 144.[3]

Moreover, the Commission advises the Court that on average for the period March through June 2005 there were 280 reportable traders in the June 2005 futures contract at issue. As required by Section 8(f) of the Commodity Exchange Act, 7 U.S.C. §12(f), the Commission has sent notices of the subpoena to submitters of data subject to the subpoena, including submitters of large trader reports.[4] Based on conversations with representatives of futures market carrying brokers, the Commission expects additional motions to quash to be filed with this Court in the near future.

---

[3] *United States ex rel. Touhy v. Ragen,* 340 U.S. 462 (1951).

[4] The large trader reports are submitted by a trader's carrying broker, 17 CFR § 17.00, and, accordingly, the traders were not notified directly by the Commission under 7 U.S.C. § 12(f).

In these circumstances, the Commission believes that proceedings on the subpoena should be stayed until the Commission itself has considered the subpoena as proposed to be modified. The Commission can then advise the Court and the interested parties what its position is on the appropriate scope and details of production under the subpoena. The Commission requests a stay until December 13, which will, in view of the Thanksgiving season, give the Commission time to finalize its position and to convey that decision to the Court and the interested parties by Wednesday, December 13, 2006.

## CONCLUSION

Accordingly, the Commission requests that this Court's proceedings be stayed until December 13, 2006, as set forth in the attached proposed order.

> Respectfully submitted,
>
> Glynn L. Mays, D.C. Bar # 184531
> Senior Assistant General Counsel
>
> /s/ Gloria P. Clement
> Gloria P. Clement, D.C. Bar # 446163
> Assistant General Counsel
>
> COMMODITY FUTURES TRADING
> COMMISSION
> Office of the General Counsel
> 1155 21st Street, N.W.
> Three Lafayette Centre
> Washington, D.C. 20581
> Telephone: (202) 418-5122
> Facsimile: (202) 418-5424
> E-mail: gmays@cftc.gov; gclement@cftc.gov

Dated: November 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

IN RE SUBPOENA ISSUED TO THE
COMMODITY FUTURES TRADING
COMMISSION

_____

Kohen, *et al.*,

      Plaintiffs,

   v.              Misc. No. 06-00489

Pacific Investment Management
Company, LLC and PIMCO Funds,

      Defendants.      Judge Colleen Kollar-Kotelly

_____

## [PROPOSED] ORDER

  UPON CONSIDERATION of the Motion of Commodity Futures Trading Commission for Temporary Stay of Proceedings Relative to the Instant Document Subpoena to the Commission in the above-captioned matter, the record herein and for good cause shown, it is hereby

  ORDERED that these proceedings are stayed until the Commodity Futures Trading Commission has filed a statement of its position with the Court, which is due on or before December 13, 2006;

  ENTERED this _____ of November _____, 2006.

              _____
              United States District Judge

## CERTIFICATE OF SERVICE

I, Gloria P. Clement, hereby certify that on November 22, 2006, I served a copy of the Motion of Commodity Futures Trading Commission for Temporary Stay of Proceedings Relative to the Instant Document Subpoena to the Commission by ECF, e-mail, or facsimile on the following persons:

William J. Nissen
Eric J. Grush
Jennifer Tan
**SIDLEY AUSTIN**
One Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-mail: wnissen@sidley.com;
egrush@sidley.com; jtan@sidley.com

Counsel for PIMCO

David Kotler
**DECHERT LLP**
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, New Jersey  08543
Telephone: (609) 620-3226
Facsimile: (609) 620-3259
E-mail: david.kotler@dechert.com

Counsel for PIMCO Funds

Marvin A. Miller
Anthony F. Fata
**MILLER FAUCHER AND CAFFERTY LLP**
30 North La Salle Street, Suite 3200
Chicago, Illinois  60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
E-mail: mmiller@millerfaucher.com;
afata@millerfaucher.com

Designated Local Counsel for Plaintiffs

Michael T. Hannafan
**MICHAEL T. HANNAFAN & ASSOCIATEDS, LTD.**
One East Wacker Drive, Suite 1208
Chicago, Illinois  60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220
E-mail: nap@hannafanlaw.com;
bth@hannanfanlaw.com

Counsel for PIMCO Funds

Kevin King
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C.  20006
Telephone: (202) 282-5749
Facsimile: (202) 282-5100
E-mail: kking@winston.com

Counsel for Citadel Investment Group, L.L.C.

Christopher Lovell
Gary S. Jacobson
Merrick S. Rayle
Craig Essenmacher
**LOVELL, STEWARD, HALEBIAN LLP**
500 Fifth Avenue
New York, New York  10110
Telephone: (212) 608-1900
Facsimile: (212) 718-4677
E-mail:  msrayle@sbcglobal.net

Counsel for Plaintiffs

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York  10022
Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-mail: lburke@lfblaw.com

Counsel for other Plaintiffs

Geoffrey Horn
Vince Briganti
**LOWEY DANNENBERG BEMPORAD
& SELINGER, P.C.**
One North Lexington Avenue, 11th Floor
White Plains, New York  10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
E-mail: ghorn@ldbs.com;
vbriganit@ldbs.com

Counsel for other Plaintiffs

Lee Ann Russo
Karey V. Skiermont
**JONES DAY**
77 West Wacker
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
E-mail: larusso@jonesday.com;
kskiermont@jonesday.com

Counsel for Lehman Brothers, Inc.

Marshall E. Hanbury
Lisa A. Dunsky
**MAYER, BROWN, ROWE & MAW, LLP**
71 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 782-0600
Facsimile: (312) 706-8626
E-mail: mhanbury@mayerbrownrowe.com;
ldunsky@mayerbrownrowe.com

Counsel for Ronin Capital, LLC

/s/  Gloria P. Clement
Gloria P. Clement