IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE COMMODITY FUTURES TRADING COMMISSION | ) ) ) |
| | ) |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, and RICHARD HERSHEY, | ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, and PIMCO FUNDS, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**APPEARANCE**

No. 06-MC-00489
Judge Collen Kollar-Kotelly

No. 05 C 4681 (N.D. Ill.)
Judge Ronald A. Guzman
Magistrate Michael T. Mason

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Benjamin J. Weir as counsel in this case for: Breakwater

Trading LLC and Richard Hershey.  My email address for use in ECF filings is

bjw@ftllaw.com.

November 29, 2006

| _____494045_____ | _____/s/ Benjamin J. Weir_____ |
|---|---|
| BAR IDENTIFICATION | Benjamin J. Weir |
| | **FINKELSTEIN, THOMPSON** |
| | **& LOUGHRAN** |
| | 1050 30th St., NW |
| | Washington, DC 20007 |
| | Telephone: (202) 337-8000 |
| | Facsimile:  (202) 337-8090 |

## <u>CERTIFICATE OF SERVICE BY ELECTRONIC MEANS</u>

I, Benjamin J. Weir, hereby certify that on November 29, 2006, service of the **Entry of Appearance** on behalf of Benjamin J. Weir was accomplished pursuant to ECF as to Filing Users and served upon any Non-Filing Users by Electronic Mail.

William J. Nissen
Eric J. Grush
Jennifer Tan
**SIDLEY AUSTIN LLP**
One Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-mail: wnissen@sidley.com; egrush@sidley.com; jtan@sidley.com

*Counsel for Defendant*
*Pacific Investment Management Company LLC*

Michael T. Hannafan
**MICHAEL T. HANNAFAN & ASSOCIATES, LTD.**
One East Wacker Drive
Suite 1208
Chicago, Illinois 60601
Telephone: (312) 527-0055
Facsimile: (312) 527-0220
E-mail: nap@hannafanlaw.com; mth@hannafanlaw.com

David Kotler
**DECHERT LLP**
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, New Jersey 08543
Telephone: (609) 620-3226
Facsimile: (609) 620-3259
E-mail: david.kotler@dechert.com

*Counsel for Defendant PIMCO Funds*

Kevin King
**WINSTON & STRAWN LLP**
1700 K Steet, N.W.
Washington, D.C. 20006
Telephone:  (202) 282-5749
Facsimile:  (202) 282-5100
E-mail:  kking@winston.com

*Counsel for Citadel Investment Group, L.L.C.*

Glen Mays
Gloria P. Clement
**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW
Washington, D.C. 20581
Telephone: (202) 418-5120
Facsimile:  (202) 418-5524

*Counsel for U.S. Commodity Futures Trading Commission*

David S. Krakoff
**MAYER, BROWN, ROWE & MAW, LLP**
1909 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 263-3000
E-mail:  dkrakoff@mayerbrownrowe.com

Marshall E. Hanbury
Lisa A. Dunsky
**MAYER, BROWN, ROWE & MAW, LLP**
71 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 782-0600
E-mail:  mhanbury@mayerbrownrowe.com; ldunsky@mayerbrownrowe.com

*Counsel for Ronin Captial, L.L.C.*

Marvin A. Miller
Anthony F. Fata
**MILLER FAUCHER AND CAFFERTY LLP**
30 North La Salle Street
Suite 3200
Chicago, Illinois 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

E-mail: mmiller@millerfaucher.com; afata@millerfaucher.com

*Designated Local Counsel for Plaintiffs*

Geoffrey Horn
Vince Briganti
**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
E-mail: ghorn@ldbs.com; vbriganti@ldbs.com

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York 10022
Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-mail: lburke@lfblaw.com

*Counsel for other Plaintiffs*

/s/ Benjamin J. Weir
Benjamin J. Weir