## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION** ) ) ) ) | Misc. Case No.  1:06MS00489 |
| | Honorable Colleen Kollar-Kotelly |
| **JOSEF A. KOHEN, BREAKWATER TRADING LLC, and RICHARD HERSHEY,** ) ) ) ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| **PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, and JOHN DOES 1-100** ) ) ) | |
| **Defendants.** ) | |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for the Board of Trade of the City of Chicago, Inc. ("CBOT"), a non-party, which filed a Motion to Quash a subpoena in this matter on November 29, 2006, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the CBOT which have any outstanding securities in the hands of the public:

CBOT Holdings, Inc. – parent

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for the Board of Trade of the City of Chicago, Inc.

2

_____/s/_____
Anne Polaski

Chicago Board of Trade
141 West Jackson Boulevard
6th Floor, Legal Department
Chicago, Illinois 60604
Telephone: (312) 435-3757
Facsimile: (312) 435-3623


_____
Thomas A. Davis
DC Bar No. 40931
Davis & Harman LLP
The Willard
1455 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20004


Dated:  December 6, 2006