IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION ) ) ) ) ) | Misc. Case No. 1:06MS00489  Honorable Colleen Kollar-Kotelly |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, and RICHARD HERSHEY,  Plaintiffs  v.  PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, and JOHN DOES 1-100  Defendants. | |

## CHICAGO BOARD OF TRADE'S WITHDRAWAL
## OF ITS MOTION TO QUASH

The Board of Trade of the City of Chicago, Inc. ("CBOT®" or "Exchange"), a non-party, hereby withdraws its Motion to Quash, which the Exchange filed on December 6, 2006. In support thereof, the CBOT states as follows:

1. On December 6, 2006, the Exchange filed a motion to quash the September 5, 2006 subpoena ("Subpoena") that was issued through this Court and served on the Commodity Futures Trading Commission ("Commission" or "CFTC") in connection with *Hershey et al. v. Pacific Investment Management Company LLC, et al.*, No. 05 C 4681, pending in the U.S. District Court for the Northern District of Illinois, insofar as it seeks production of certain information submitted to the Commission by the CBOT and

its clearing members.  Specifically, the CBOT requested that the Court quash the subpoena to the extent that it would require disclosure of large trader reports concerning U.S. Ten-Year Treasury Note futures contracts and a daily transaction log of transactions in June 2005 U.S. Ten-Year Treasury Note futures contracts.

2.	The Plaintiffs had previously served two separate subpoenas on the CBOT requesting the same types of information to which the Exchange had also objected.

3.	The CBOT has reached an agreement with the Plaintiffs regarding the documents that it will produce, and the limitations thereon, in satisfaction of the subpoenas issued to the CBOT by the Plaintiffs.

4.	This agreement will also satisfy the Plaintiffs' requests relating to the large trader reports and a daily transaction log in the subpoena issued to the Commodity Futures Trading Commission.

WHEREFORE, the CBOT hereby withdraws its Motion to Quash as moot.

Respectfully submitted,

Chicago Board of Trade
141 West Jackson Boulevard
6th Floor, Legal Department
Chicago, Illinois 60604
Telephone: (312) 435-3757
Facsimile: (312) 435-3623

BOARD OF TRADE OF THE CITY OF CHICAGO, INC.

By: ____/s/_____
Anne Polaski

____/s/_____
Thomas A. Davis
DC Bar No. 40931
Davis & Harman LLP
The Willard
1455 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20004

Dated:  January 18, 2007

## **CERTIFICATE OF SERVICE**

I, Anne Polaski, an attorney for the Board of Trade of the City of Chicago, Inc., hereby certify that on January 18, 2007, I caused copies of the Chicago Board of Trade's Withdrawal of its Motion to Quash to be served by messenger on:

> Marvin A. Miller
> Jennifer W. Sprengel
> Anthony F. Fata
> Miller Faucher and Cafferty LLP
> 30 North LaSalle Street, Suite 3200
> Chicago, Illinois 60602
>
> William J. Nissen
> Eric J. Grush
> Jennifer Tan
> Sidley Austin LLP
> One Dearborn Street
> Chicago, Illinois 60603
>
> Michael T. Hannafan
> Michael T. Hannafan & Associates, Ltd.
> One East Wacker Drive
> Suite 1208
> Chicago, Illinois 60601

and by Federal Express on:

> Benjamin J. Weir
> Finkelstein, Thompson & Loughran
> 1050 30th Street, N.W.
> Washington, D.C. 20007
>
> Christopher Lovell
> Gary S. Jacobson
> Craig Essenmacher
> Lovell, Stewart Halebian, LLP
> 500 Fifth Avenue
> New York, New York 10110
>
> Geoffrey M. Horn
> Vince Briganti
> Lowey Dannenberg Bemporad & Selinger, P.C.
> The Gateway
> One North Lexington Avenue
> White Plains, New York 10601

Louis F. Burke
Louis F. Burke, P.C.
460 Park Avenue
New York, New York 10022

David Kotler
Dechert LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3, Suite 210
Lawrenceville, New Jersey 08648

Secretary of the Commission
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Glynn Mays
Gloria Clement
Office of General Counsel
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581

Brian H. Corcoran
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby – Suite 700
Washington, D.C. 20007-5201

Kenneth M. Rosenzweig
Alexander S. Vesselinovitch
Bryan F. Stroh
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661

              ____/s/_____
              Anne Polaski