# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, and RICHARD HERSHEY, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:06MS00489 (CKK) |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, and JOHN DOES 1-100 , ) ) ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF MOTION BY
NON-PARTY CLEARING MEMBERS OF
THE CHICAGO BOARD OF TRADE
TO JOIN IN MOTIONS TO QUASH SUBPOENA SERVED ON
THE COMMODITY  FUTURES TRADING COMMISSION**

Non-party clearing members of the Chicago Board of Trade, Banc of America Securities LLC; Bear, Stearns & Co. Inc.; Calyon Financial Inc.; Citigroup Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; Fimat USA, LLC; Goldman, Sachs & Co.; J.P. Morgan Futures Inc.; Lehman Brothers Inc.; Merrill Lynch Pierce Fenner & Smith Inc.; Morgan Stanley & Co. Incorporated; Prudential Financial Derivatives, LLC; UBS Securities LLC (collectively, the "Clearing Members"), and their U.S. and foreign affiliates, through their undersigned counsel, hereby withdraw their Motion to Join In Motions to Quash Subpoena Served on the Commodity Futures Trading Commission.

This motion was filed by the Clearing Members in an effort to join in the motions filed on December 6, 2006 by the Board of Trade of the City of Chicago, Inc. (the "CBOT"), Citadel Investment Group, L.L.C. ("Citadel"), and Ronin Capital, L.L.C. ("Ronin") to quash a September 5, 2006 subpoena for production of commercially sensitive documents and information relating to the Clearing Members, their affiliates, and their respective customers. However, the Clearing Members have reached an agreement with the subpoenaing party regarding the documents that the CBOT will produce, and the limitations thereon, in satisfaction of the subpoenas issued to the CBOT.  Accordingly, there is no longer any need for this Court to adjudicate the issues raised in the Motion.

WHEREFORE, the Clearing Members hereby withdraw their Motion to Join In Motions to Quash Subpoena Served on the Commodity Futures Trading Commission as moot.

Respectfully submitted,

By: /s/_____

Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., N.W.
East Lobby - Suite 700
Washington, D.C.  20007-5201

Kenneth M. Rosenzweig
Alexander S. Vesselinovitch
Bryan F. Stroh
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
312-902-5200

- *On behalf of the Clearing Members -*

Banc of America Securities LLC

Bear, Stearns & Co. Inc.
Calyon Financial Inc.
Citigroup Global Markets Inc.
Credit Suisse Securities (USA) LLC
Deutsche Bank Securities Inc.
Fimat USA, LLC
Goldman, Sachs & Co.
J.P. Morgan Futures Inc.
Lehman Brothers Inc.
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley & Co. Incorporated
Prudential Financial Derivatives, LLC
UBS Securities LLC