UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE COMMODITY FUTURES TRADING COMMISSION | Misc. Action No. 06-489 (CKK) |
| KOHEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC, *et al.*, <br><br> Defendants. | No. 05 C 4681 (N.D. Ill.) <br> Judge Ronald A. Guzman <br> Magistrate Michael T. Mason |

**ORDER**
(March 6, 2007)

On December 13, 2006, the Commodity Futures Trading Commission ("CFTC") filed a [13] Position Statement regarding the document subpoena served on the CFTC in *Kohen, et al. v. Pacific Investment Management Company, LLC, et al.*, 05-C-4681 (N.D. Ill.) (the "Subpoena"), which underlies the instant miscellaneous action. The CFTC's Position Statement details substantial modifications to the Subpoena, agreed to by the plaintiffs in the *Kohen* action, as well as the CFTC's remaining objections to the Subpoena, and proposes additional modifications to the Subpoena. *Inter alia*, the CFTC indicates that on December 8, 2006, the magistrate judge in the *Kohen* matter "granted plaintiffs' motion to compel and ordered the [Chicago Board of Trade] to produce, before December 29, 2006, large trader reports related to the June 2005 U.S. Ten Year Treasury Note futures contract for the period between April 30 through July 10, 2005."

CFTC Pos. Stmt. at 9 n. 8 (citing Order, *Kohen, et al. v. Pacific Investment Management Company, LLC, et al.*, No. 05-C-4681 (N.D. Ill.) [Docket No. 203]).

Currently pending in the instant miscellaneous action are the Motions to Quash the Subpoena filed by [1] Citadel Investment Group, L.L.C. ("Citadel"), and [2] Ronin Capital, LLC ("Ronin"), as well as the [4] Objections of Non-Party Lehman Brothers, Inc. ("Lehman Brothers") to the Subpoena. Plaintiffs in the *Kohen* action oppose each of these filings and the Motions to Quash are ripe for decision; however, none of the filings relating to the Motions to Quash or to Lehman Brothers' Objections respond to the CFTC's Position Statement.

Accordingly, it is this 6th day of March, 2007, hereby

**ORDERED** that, on or before March 27, 2007, Citadel, Ronin, and Lehman Brothers shall each provide the Court with notice addressing the following issues: (1) Whether the December 8, 2006 Order in the *Kohen* action moots their concerns about trader identities and the production of large trader reports; and (2) Whether, and the extent to which, the modifications to the Subpoena described in CFTC's Position Statement addresses the concerns raised in their respective Motions to Quash/Objections; it is further

**ORDERED** that, in the event that Citadel, Ronin or Lehman Brothers continues to have concerns regarding the Subpoena, they shall engage in discussions with the plaintiffs in the *Kohen* action to determine whether additional protections can be devised so that the Motions to Quash/Objections can be resolved through negotiation rather than litigation. Citadel, Ronin, and Lehman Brothers shall include a report on such efforts in the notices described above.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge