IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE COMMODITY FUTURES TRADING COMMISSION ) ) ) ) | |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, and RICHARD HERSHEY, ) ) ) | **APPEARANCE** |
| Plaintiffs, ) ) | |
| ) v. ) ) | No. 06-MC-00489 Judge Colleen Kollar-Kotelly |
| ) ) ) | No. 05 C 4681 (N.D. Ill.) Judge Ronald A. Guzman Magistrate Michael T. Mason |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, and PIMCO FUNDS ) ) ) | |
| Defendants. ) ) | |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Matthew J. Warren as counsel in this case for Pacific Investment Management Company LLC. My email address for use in ECF filings is mjwarren@sidley.com.

March 15, 2007

| | |
|---|---|
| # 483357 | /s/ Matthew J. Warren |
| BAR IDENTIFICATION | Matthew J. Warren |
| | **SIDLEY AUSTIN LLP** |
| | 1501 K Street, NW |
| | Washington, D.C. 20005 |
| | Telephone: (202) 736-8000 |
| | Facsimile: (202) 736-8711 |