IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION | No. 06- MC-00489<br>Judge Colleen Kollar-Kotelly |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, AND RICHARD HERSHEY,<br>Plaintiffs,<br>v.<br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, AND JOHN DOES 1-100,<br>Defendants. | No. 05 C 4681 (N.D. Ill.)<br>Judge Ronald A. Guzman<br>Magistrate Michael T. Mason |

**NOTICE WITH RESPECT TO RONIN CAPITAL, LLC'S MOTION TO QUASH**

Pursuant to this Court's Order of March 6, 2007 (the "Order"), non-party Ronin Capital, LLC ("Ronin") submits this Notice with respect to its Motion to Quash the document subpoena issued by Josef A. Kohen, Breakwater Trading, LLC and Richard Hershey ("Plaintiffs") to the Commodity Futures Trading Commission ("CFTC") in the above-captioned *Kohen* action. The Order directs Ronin to provide the Court with notice as to whether, *inter alia*, the ruling issued by the magistrate judge in *Kohen* directing the Chicago Board of Trade ("CBOT") to produce certain documents moots the issues raised in Ronin's Motion to Quash. The CBOT moved for reconsideration of that ruling and subsequently resolved its discovery dispute with Plaintiffs through a mutual agreement, pursuant to which the CBOT made a limited production of certain large trader reports and other information. In a telephone conference on March 19, 2007, Plaintiffs' counsel represented to Ronin, Citadel Investment Group, L.L.C. ("Citadel"), Lehman Brothers, Inc. ("Lehman") and the CBOT that Plaintiffs no longer sought production of large

trader reports from the CFTC. Therefore, the issues raised in Ronin's Motion to Quash with respect to production of large trader reports are moot.

During that same call, Plaintiffs' counsel stated that they would withdraw their request for production of daily trade registers (sometimes referred to as daily transaction logs), but may renew such request if warranted by future developments in the *Kohen* action. On March 21, however, Plaintiffs' counsel informed Ronin, Citadel and Lehman that Plaintiffs "cannot agree to hold off on the enforcement of the CFTC subpoena as it pertains to the [daily] trade register." (*See* e-mails attached as Exhibit A hereto.)  Thus, the issues presented in Ronin's Motion to Quash with respect to production of daily trader registers are *not* moot.

Upon learning that Plaintiffs are continuing to demand daily trade registers from the CFTC, Ronin asked to engage in discussions with Plaintiffs' counsel to determine, pursuant to the Court's Order, whether the matter could be resolved through negotiation. (*See* Exhibit A.) Plaintiffs' counsel did not respond to Ronin's request to engage in further discussions.

As explained in Citadel's Notice Regarding Its Motion To Quash (which is incorporated herein by reference), Plaintiffs have not established a substantial need justifying the production of daily trade registers, as they must pursuant to Rule 45 of the Federal Rules of Civil Procedure. For that reason, the CFTC should not be required to produce daily trade registers, which contain confidential trading information of numerous market participants, including Ronin. Should the Court nevertheless determine that the production of certain daily trade registers is warranted, such production should be conditioned upon the terms proposed in the CFTC's Position Statement of December 13, 2006. Specifically, any production of daily trade registers to Plaintiffs should be made: (i) with trader identities concealed and coded; and (ii) pursuant to a

valid protective order which provides that access to any daily trade registers produced by the CFTC is limited to the parties' attorneys and experts.

DATED: March 26, 2007                                    Respectfully submitted,

          /s/ David S. Krakoff
One of the Attorneys for Non-Party
Ronin Capital, LLC

David S. Krakoff (D.C. Bar No. 229641)
MAYER, BROWN, ROWE & MAW, LLP
1909 K Street, N.W.
Washington, DC  20006-1101
(202) 263-3000

Marshall E. Hanbury
Lisa A. Dunsky
MAYER, BROWN, ROWE & MAW, LLP
71 South Wacker Drive
Chicago, IL  60606
(312) 782-0600

## CERTIFICATE OF SERVICE

I, David S. Krakoff, herby certify that on March 26, 2007, I caused a copy of the Notice of with Respect to Ronin Capital LLC's Motion to Quash to be served via e-mail on:

Marvin A. Miller
Anthony F. Fata
Miller Faucher and Cafferty LLP
30 North LaSalle Street
Chicago, IL  60602
E-mail:  mmiller@millerfaucher.com
         afata@millerfaucher.com

Christopher Lovell
Gary S. Jacobson
Merrick S. Rayle
Lovell, Steward, Halebian LLP
500 Fifth Avenue
New York, New York  10110
E-mail:  msrayle@sbcglobal.net

Geoffrey M. Horn
Vince Briganti
Lowey Dannenberg Bemporad
   & Selinger, P.C.
One North Lexington Avenue
11th Floor
White Plains, New York  10601
E-mail:  ghorn@ldbs.com
         vbriganti@ldbs.com

Louis F. Burke
Louis F. Burke, P.C.
460 Park Avenue
New York, New York  10022
E-mail:  lburke@lfblaw.com

Lee Ann Russo
Jones Day
77 West Wacker Drive
Chicago, IL  60601
E-mail:  larusso@jonesday.com

William J. Nissen
Eric J. Grush
Sidley Austin LLP
One Dearborn Street
Chicago, IL  60603
E-mail:  wnissen@sidley.com
         egrush@sidley.com

Michael T. Hannafan
Michael T. Hannafan & Associates, Ltd.
One East Wacker Drive
Suite 1208
Chicago, IL  60601
E-mail:  mtf@hannafanlaw.com

David Kotler
Dechert LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3, Suite 210
Lawrenceville, NJ  08648
E-mail:  david.kotler@dechert.com

Kevin M. King
Winston & Strawn LLP
1700 K. Street, N.W.
Washington, DC  20006
E-mail:  kking@winston.com

Gloria P. Clement
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C.  20581
E-mail:  gclement@cftc.gov

    /s/ David S. Krakoff
David S. Krakoff

# EXHIBIT A

## Dunsky, Lisa A.

| | |
|---|---|
| **From:** | Dunsky, Lisa A. |
| **Sent:** | Wednesday, March 21, 2007 12:55 PM |
| **To:** | 'peggywedg@aol.com'; cmcgrath@lshllp.com |
| **Cc:** | larusso@JonesDay.com; KKing@winston.com; Anne Spencer Polaski (apolaski@cbot.com) |
| **Subject:** | RE: Kohen v. Pimco: Subpoena to CFTC |

In that case, in order to comply with the Court's Order of March 7, we need to have discussions with your firm "to determine whether additional protections can be devised so that the Motions to Quash/Objections can be resolved through negotiation rather than litigation."

Please let us know when appropriate representatives from your firm are available for such a call today or tomorrow.

-----Original Message-----
**From:** peggywedg@aol.com [mailto:peggywedg@aol.com]
**Sent:** Wednesday, March 21, 2007 12:43 PM
**To:** Dunsky, Lisa A.; cmcgrath@lshllp.com
**Cc:** larusso@JonesDay.com; KKing@winston.com
**Subject:** Re: Kohen v. Pimco: Subpoena to CFTC

Lisa

I just spoke with Chris Lovell who said that after speaking with experts, he cannot agree to hold off on the enforcement of the CFTC subpoena as it pertains to the trade register. He will have to pursue the trade register at this time. Therefore, no stipulation will work at this time.

Peggy Wedgworth

**Lovell Stewart Halebian LLP**
500 Fifth Avenue, 58th Floor
New York, New York 10110


-----Original Message-----
From: LDunsky@mayerbrownrowe.com
To: cmcgrath@lshllp.com; peggywedg@aol.com
Cc: larusso@JonesDay.com; KKing@winston.com
Sent: Tue, 20 Mar 2007 12:03 PM
Subject: Kohen v. Pimco: Subpoena to CFTC

Chris and Peggy,
Toward the end of yesterday afternoon's conference call, Chris Lovell volunteered to draft a stipulation between your clients and the remaining movants/objectors (Citadel, Lehman and Ronin) with regard to resolution of the issues raised in the motions to quash and objections to your subpoena to the CFTC. Citadel's counsel has spoken with Judge Kollar-Kotelly's chambers, and she's amenable to some form of joint filing.
If your firm is going to draft a 4-party stipulation, we'd need to see that document in draft form no later than Friday (3/23), in order to allow sufficient time for review, revisions, execution and filing by the due date of 3/27. Would you please let us know today if that will work for you? If not, we'll have to prepare our own filing or filings.
Thanks and regards,
Lisa
Lisa Dunsky
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 701-8321
Fax: (312) 706-8626

IRS CIRCULAR 230 NOTICE. Any advice expressed above as to tax matters was neither written nor intended by the sender or Mayer, Brown, Rowe & Maw LLP to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then (i) the advice was written to support the promotion or marketing (by a person other than Mayer, Brown, Rowe & Maw LLP) of that transaction or matter, and (ii) such taxpayers should seek advice based on the taxpayers' particular circumstances from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.