RECEIVED
U.S. DISTRICT
DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

NANCY M.

**RECEIVED**

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE SUBPOENA TO THE COMMODITY FUTURES )
TRADING COMMISSION JOSEF A. KOHEN,        )
BREAKWATER TRADING LLC, AND               )
RICHARD HERSHEY                           )
                                          ) Case Number   1:06c00489-CKK
                                          )
v.                                        ) Judge:  Colleen Kollar-Kotelly
                                          )
PACIFIC INVESTMENT MANAGEMENT             )
COMPANY LLC, PIMCO FUNDS, AND JOHN DOES   )
1-100                                     )

### NOTICE OF NON-PARTY LEHMAN BROTHERS, INC.
### REGARDING PLAINTIFFS' SUBPOENA TO THE
### UNITED STATES COMMODITY FUTURES TRADING COMMISSION

Pursuant to the Court's March 6, 2007 Order, non-party Lehman Brothers, Inc.

("Lehman"), by its undersigned attorneys, hereby reports regarding the subpoena (the

"Subpoena") served upon the United States Commodity Futures Trading Commission

(the "Commission") in the action *Kohen, et al., v. Pacific Investment Management Company

LLC, et al.* (No. 05 C 4561 N. D. Ill.) (the "Litigation"), as follows:

In accordance with the Court's suggestion, counsel for Lehman, and counsel for Citadel

Investment Group, L.L.C. ("Citadel")and Ronin Capital, LLC (collectively, the "Objectors"),

engaged in discussions with counsel for Plaintiffs in an attempt to determine whether their

objections to the Subpoena could be resolved.  As recounted within, however, no resolution was

reached.  Lehman agrees with the position advanced by the Chicago Board of Trade and Citadel

that Plaintiffs have not made the necessary showing of substantial need required under Rule 45

of the Federal Rules of Civil Procedure for the information they apparently continue to seek from

the Commission, but states that, if the Court orders production by the Commission, it should be

CHI-1580415v1

made under the terms the Commission proposed in its December 13, 2006 Position Statement (the "Position Statement").

## Discussions With Plaintiffs' Counsel

The Commission's Position Statement identifies three categories of information that the Commission may produce pursuant to the Subpoena: (1) large trader reports; (2) daily transactional logs; and (3) surveillance communications between the Commission and PIMCO. Following entry of this Court's March 6, 2007 Order, counsel for the Objectors contacted Plaintiffs' counsel and counsel for the Commission regarding the status of Plaintiffs' requests for these three categories of information. Lehman understands as a result that all issues regarding the first category, large trader reports, have been resolved. As to the remaining two categories, on March 14, 2007, Plaintiffs' counsel represented that, in addition to the surveillance communications referenced in the Position Statement:

> [o]n March 9, 2007, plaintiffs requested the master trade register from CFTC with market participant names redacted. We have requested this data for the time period May 9, 2005 through June 21, 2005 (inclusive) and reserved our rights to request earlier times if we need them.

*See* March 9, 2007 e-mail attached as Exhibit A. In a later telephone conference with counsel for the Objectors on Monday, March 19, 2007, Plaintiffs' counsel represented that they would defer their request for the master trade register (which they agreed was synonymous with the daily transaction logs referenced in the Position Statement), but would reserve the right to later seek to enforce the Subpoena as to such information, upon notice to the Objectors and subject to the Objectors' rights to renew their motions/objections. On March 21, 2007, Plaintiffs' counsel notified Objectors' counsel that they no longer could agree to such a limitation. The Objectors received no response to their request for a further conference with Plaintiffs' counsel to determine their position and attempt to resolve outstanding issues.

## Lehman's Position

As a threshold matter, Lehman agrees with the Chicago Board of Trade and Citadel that Plaintiffs have not made the necessary showing of need for the daily transaction log they apparently now request the Commission to produce. If the Court does order production by the Commission, however, Lehman requests that the Court direct that the following conditions, as apparently contemplated in the Position Statement, be met:

1.    In addition to the surveillance information referenced in the Position Statement, the Commission be directed to produce only the information specifically identified in the March 9, 2007 e-mail communication from Plaintiffs (*i.e.*, transaction logs for the period May 9, through June 21, 2005);

2.    In accordance with the Position Statement, the Commission should produce such transaction logs with the identities of traders concealed and coded, and

3.    The Commission produce the information referenced in No. 2 under a protective order expressly providing that it will be disclosed only to attorneys and experts. (See Position Statement at 6, 7, 16).

Dated: March 26, 2007

Respectfully submitted,

/s/ R. Christopher Cook
R. Christopher Cook
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20002-2113

Lee Ann Russo
Karey V. Skiermont
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692

Phone No:      (312) 782-3939
Facsimile No:  (312) 782-8585

*Counsel for Non-Party*
*Lehman Brothers, Inc.*

## CERTIFICATE OF SERVICE

I, R. Christopher Cook, one of the attorneys for Lehman Brothers, Inc., hereby certify that on March 26, 2007 I caused a copy of the **NOTICE OF NON-PARTY LEHMAN BROTHERS, INC. REGARDING PLAINTIFFS' SUBPOENA TO THE UNITED STATES COMMODITY FUTURES TRADING COMMISSION's** to be served via ECF or email on:

Gloria P. Clement, Esq.
**COMMODITY FUTURES TRADING COMMISSION**
1155 21st Street, N.W.
Three Lafayette Centre
Washington, D.C. 20581
E-mail: gclement@cftc.gov

David Kotler
**DECHERT LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Building 3, Suite 210
Lawrenceville, New Jersey 08648
E-mail: david.kotler@dechert.com

*Counsel for PIMCO Funds*

William J. Nissen
Eric J. Grush
**SIDLEY AUSTIN**
One Dearborn Street
Chicago, Illinois 60603
E-mail: wnissen@sidley.com;
egrush@sidley.com

*Counsel for PIMCO*

Michael T. Hannafan
**MICHAEL T. HANNAFAN & ASSOCIATES, LTD.**
One East Wacker Drive, Suite 1208
Chicago, Illinois 60601
E-mail: mtf@hannafanlaw.com

*Counsel for PIMCO Funds*

Marvin A. Miller
Anthony F. Fata
**MILLER FAUCHER AND CAFFERTY LLP**
30 North La Salle Street, Suite 3200
Chicago, Illinois 60602
E-mail: mmiller@millerfaucher.com;
afata@millerfaucher.com

*Designated Local Counsel for Plaintiffs*

Christopher Lovell
Gary S. Jacobson
Merrick S. Rayle
**LOVELL, STEWARD, HALEBIAN LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 718-4677
E-mail: msrayle@sbcglobal.net

*Counsel for Plaintiffs*

CHI-1580415v1

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York 10022
E-mail: lburke@lfblaw.com


*Counsel for other Plaintiffs*



Geoffrey Horn
Vince Briganit
**LOWEY DANNENBERG BEMPORAD &
SELINGER, P.C.**
One North Lexington Avenue
11th Floor
White Plains, New York 10601
E-mail: ghorn@ldbs.com; vbriganit@ldbs.com


*Counsel for other Plaintiffs*



William M. Sullivan
Kevin M. King
Winston & Strawn LLP
1700 K. Street, N.W.
Washington, D.C. 20006
E-mail:  wsullivan@winston.com;
kking@winston.com

*Counsel for Citadel Investment Group, L.L.C.*



Marshall E. Hanbury
Lisa A. Dunsky
**MAYER, BROWN, ROWE & MAW, LLP**
71 South Wacker Drive
Chicago, Illinois 60606
E-mail: mhanbury@mayerbrownrowe.com;
ldunsky@mayerbrownrowe.com

*Counsel for Ronin Capital, LLC*



_/s/_ R. Christopher Cook

# EXHIBIT A



"Christopher McGrath"
<cmcgrath@lshllp.com>

03/14/2007 12:11 PM

To  "King, Kevin" <KKing@winston.com>,
    <larusso@jonesday.com>,
    <ldunsky@mayerbrownrowe.com>

cc

bcc

Subject  Kohen v. PIMCO

History:          🔾 This message has been forwarded.

Counsel:

This e-mail follows your inquires regarding the status of plaintiffs' subpoena to the CFTC.

On March 9, 2007, plaintiffs requested the master trade register from CFTC with market participant
names redacted.  We have requested this data for the time period May 9, 2005 through June 21, 2005
(inclusive) and reserved our rights to request earlier times if we need them.

Regards,

Christopher M. McGrath
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, New York 10110
T: (212) 608-1900
F: (212) 719-4677

**PRIVILEGED AND CONFIDENTIAL**- The contents of this message may be privileged and
confidential.  Therefore, if this message has been received in error, please
delete it without reading it. Your receipt of this message is not intended to
waive any applicable privilege. Please do not disseminate this message without
the permission of the author.