IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE COMMODITY FUTURES TRADING COMMISSION ) ) ) ) | |
| BREAKWATER TRADING LLC, ) and RICHARD HERSHEY, ) ) Plaintiffs, ) ) ) v. ) ) ) ) ) PACIFIC INVESTMENT MANAGEMENT ) COMPANY LLC, and PIMCO FUNDS, ) ) Defendants. ) ) | No. 06-MC-00489 Judge Collen Kollar-Kotelly  No. 05 C 4681 (N.D. Ill.) Judge Ronald A. Guzman Magistrate Michael T. Mason |

**PLAINTIFFS' OPPOSITION TO THE CHICAGO BOARD OF TRADE'S
PARTIAL REINSTATEMENT OF ITS MOTION TO QUASH**

Plaintiffs hereby respectfully submit this opposition to the Chicago Board of Trade's ("CBOT") partial reinstatement of its motion to quash Plaintiffs' subpoena served upon the Commodity Futures Trading Commission ("CFTC").

Plaintiffs respectfully oppose the motion for all the same reasons set forth in their Response to the Notices of Third Party Objectors Ronin Capital, Citadel, and Lehman Brothers and Continued Request for the Daily Trade Register filed with this Court on April 3, 2007 and incorporate same herein.

Moreover, Plaintiffs have made substantial progress with the CBOT (and the CFTC) towards resolving the CBOT's motion in a manner that protects both class members and non-class members. The CBOT expects to provide an answer by Friday

April 13, as to whether it can withdraw its motion and the parties can reach a stipulated and consensual resolution of the entire subpoena.

## CONCLUSION

To any extent the parties do not resolve their differences by April 13th, the CBOT's motion should be denied in all respects.

                    Respectfully submitted,

                    **BREAKWATER TRADING LLC, and RICHARD HERSHEY**

Dated: April 6, 2007         By: s/ Benjamin J. Weir
                    Benjamin J. Weir
                    **FINKELSTEIN THOMPSON LLP**
                    1050 30th Street NW
                    Washington, DC 20007
                    Telephone: (202) 337-8000
                    Facsimile: (202) 337-8090

                    Christopher Lovell
                    Craig Essenmacher
                    Christopher M. McGrath
                    **LOVELL STEWART HALEBIAN LLP**
                    500 Fifth Avenue
                    New York, New York 10110
                    Telephone: (212) 608-1900
                    Facsimile: (212) 719-4677
                    *Lead Counsel for Plaintiffs*

                    Marvin A. Miller
                    Lori A. Fanning
                    **MILLER LAW LLC**
                    101 North Wacker Drive, Suite 2010
                    Chicago, Illinois 60606
                    Telephone: (312) 525-8316
                    *Designated Local Counsel for Plaintiffs*

                    Geoffrey M. Horn
                    Vince Briganti
                    **LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
                    The Gateway
                    One North Lexington Avenue

White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York 10022
Telephone: (212) 682-1700
Facsimile: (212) 808-4280
*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

  I, Benjamin J. Weir, one of the attorneys for Plaintiffs, hereby certify that on April 6, 2007, service of the foregoing was accomplished pursuant to ECF as to Filing Users and via Electronic Means as to any party who is not represented by a Filing user.

Dated: April 6, 2007      By: s/ Benjamin J. Weir
               Benjamin J. Weir
               **FINKELSTEIN, THOMPSON & LOUGHRAN**
               1050 30th Street NW
               Washington, DC 20007
               Telephone: (202) 337-8000
               Facsimile: (202) 337-8090