IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE COMMODITY FUTURES TRADING COMMISSION ) ) ) ) | |
| BREAKWATER TRADING LLC, and RICHARD HERSHEY, ) ) ) ) | |
| Plaintiffs, ) ) ) | No. 06-MC-00489 Judge Colleen Kollar-Kotelly |
| v. ) ) ) ) | No. 05 C 4681 (N.D. Ill.) Judge Ronald A. Guzman Magistrate Michael T. Mason |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, and PIMCO FUNDS, ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF STIPULATION

Pursuant to the Stipulation attached as Exhibit A hereto, Plaintiffs and the Commodity Futures Trading Commission ("CFTC") have reached agreement regarding production of the daily transaction log for the June 2005 Ten Year Treasury Note Futures Contract. The Chicago Board of Trade ("CBOT") has reviewed the Stipulation and has no objections.

All outstanding issues before this Court between Plaintiffs, the CFTC and the CBOT have been resolved.

                                                                       Respectfully submitted,

Dated: May 17, 2007                  By: /s/ Benjamin J. Weir
                                                      Benjamin J. Weir
                                                      **FINKELSTEIN THOMPSON LLP**
                                                      1050 30th Street NW
                                                      Washington, DC 20007
                                                      Telephone: (202) 337-8000
                                                      Facsimile: (202) 337-8090

Christopher Lovell
Craig Essenmacher
Christopher M. McGrath
**LOVELL STEWART HALEBIAN LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677
*Lead Counsel for Plaintiffs*

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
101 North Wacker Drive, Suite 2010
Chicago, Illinois 60606
Telephone: (312) 525-8316
*Designated Local Counsel for Plaintiffs*

Geoffrey M. Horn
Vince Briganti
**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
The Gateway
One North Lexington Avenue
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York 10022
Telephone: (212) 682-1700
Facsimile: (212) 808-4280
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

     I, Benjamin J. Weir, one of the attorneys for Plaintiffs, hereby certify that on May 17, 2007, service of the foregoing *Notice* was accomplished pursuant to ECF as to Filing Users and Electronic Mail as to any party who is not a Filing User or represented by a Filing user.

Dated: May 17, 2007

By: s/ Benjamin J. Weir
Benjamin J. Weir
**FINKELSTEIN THOMPSON LLP**
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE COMMODITY FUTURES TRADING COMMISSION | Misc. No. 06-00489<br>Judge Colleen Kollar-Kotelly |
| Kohen, *et al.*,<br><br>                Plaintiffs,<br><br>                v.<br>Pacific Investment Management Company, LLC, PIMCO Funds, and John Does 1-100,<br>                Defendants. | No. 05 C 4681 (N.D. Ill.)<br>Judge Ronald A. Guzman<br>Magistrate Michael T. Mason |

## ~~PROPOSED~~ STIPULATION

It is hereby stipulated and agreed by and between the undersigned being the counsel for Plaintiffs and counsel for the Commodity Futures Trading Commission ("CFTC"):

    1.    In September 2006, Plaintiffs in *Kohen, et al. v. Pacific Investment Management Company, LLC, et al.*, No. 05-C-4681 (N.D. Ill.), served a document subpoena on the CFTC for a daily transaction log for the June 2005 Ten Year Treasury Note Futures Contract, among other things.

    2.    Plaintiffs have agreed to narrow the scope of their request for a daily transaction log for the June 2005 Ten Year Treasury Note Futures Contract to trades transacted during the period May 9 to June 21, 2005, inclusive, for named plaintiffs in the above-captioned matter, and class members, if a class is certified,

that have consented to the CFTC's disclosure of the individual class members' trade data in a daily transaction log for the Chicago Board of Trade.

3. The CFTC, with assistance from the Chicago Board of Trade, will produce the daily transaction data for presently-named plaintiffs Breakwater Trading LLC, Joseph Kohen, and Richard Hershey for the June 2005 Ten Year Treasury Note Futures Contract for the period May 9 to June 21, 2005, inclusive.

4. If the class is certified or other named plaintiffs are added, then counsel for Plaintiffs will notify the CFTC of such action.

5. After notification of the name of the new plaintiff or receipt of a class member's written consent for the disclosure of trade data for the June 2005 Ten Year Treasury Note Futures Contract for the period May 9 to June 21, 2005, inclusive, the CFTC, with assistance from the Chicago Board of Trade, will produce the above-described daily transaction data for the new plaintiff or consenting class member to Plaintiffs' counsel.

6. The foregoing production pursuant to paragraphs 3 and 5 above, and the CFTC's prior production to Plaintiffs' subpoena on April 4, 2007, will satisfy Plaintiffs' subpoena in all respects as to named and prospective named plaintiffs and all class members, and conclude the CFTC's obligations pursuant to the subpoena.

7. The parties agree that the daily transaction log data produced pursuant to the subpoena and this Stipulation will exclude all the identities of any

and all counterparties to such trades on the daily transaction logs, and will exclude all other data relating to such counterparties' sides of the trades.

8. The daily transaction logs will be produced pursuant to a protective order that limits disclosure of the logs to attorneys and experts associated with the above-captioned case only.

9. The parties agree to bear their own legal expenses and fees associated with this matter.

Respectfully submitted,

_____
Christopher Lovell

LOVELL STEWART
  HALLEBIAN LLP
500 Fifth Avenue
New York, N.Y. 10110
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

_____
Gloria P. Clement
D.C. Bar # 446163

COMMODITY FUTURES
  TRADING COMMISSION
Office of the General Counsel
1155 21st Street, N.W.
Three Lafayette Centre
Washington, D.C. 20581
Telephone: (202) 418-5122
Facsimile: (202) 418-5424

Dated: May 14, 2007