## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION | ) ) ) ) |
| | ) ) |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, AND RICHARD HERSHEY | ) ) ) ) |
| | ) |
| v. | ) ) ) | No. 06-MC-00489<br>Judge Colleen Kollar-Kotelly |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, AND JOHN DOES 1-100 | ) ) ) ) ) ) | No. 05 C 4681 (N.D. Ill.)<br>Judge Ronald A. Guzman<br>Magistrate Michael T. Mason |

## CITADEL INVESTMENT GROUP, L.L.C.'S MOTION TO WITHDRAW ITS MOTION TO QUASH

Citadel Investment Group, L.L.C. ("Citadel"), by and through undersigned counsel, withdraws its Motion to Quash as moot. The grounds for withdrawal are as follows:

1.    On September 5, 2006, a subpoena for the production of documents was issued through this Court and served on the U.S. Commodity Futures Trading Commission ("CFTC") in connection with *Hershey et al. v. Pacific Investment Management Company LLC, et al.*, No. 05 C 4681, pending in the U.S. District Court for the Northern District of Illinois. Although Citadel is a non-party to the underlying litigation, the subpoena called for confidential proprietary information from the CFTC regarding Citadel that is entirely irrelevant to the underlying litigation.

2.    Citadel moved to quash the September 5, 2006 subpoena served on the CFTC on the bases that the subpoena requests were expansive and called for the production of confidential and commercially sensitive information relating to Citadel and other non-parties, and that the Plaintiffs had failed to establish the relevance of the information called for under the subpoena to the underlying litigation, let alone the showing of substantial need required under Rule 45(c)(3)(B)(i) of the Federal Rules of Civil Procedure.  *See* Citadel Investment Group, L.L.C.'s Motion to Quash [Dkt. #1].

3.    On May 17, 2007, the Plaintiffs and the CFTC filed a stipulation regarding the agreement reached concerning the production of the daily transaction log for the June 2005 Ten Year Treasury Note Futures Contract.  *See* Stipulation [Dkt. #27-2].    According to the Stipulation, "[a]ll outstanding issues before this Court between the Plaintiffs, the CFTC and the CBOT have been resolved." *See* Notice of Stipulation [Dkt. #27].

4.    Under the Stipulation, the CFTC and the Chicago Board of Trade ("CBOT") will produce to Plaintiffs daily transaction log data for the June 2005 Ten Year Treasury Note Futures Contract for trades transacted during the period May 9 to June 21, 2005 for certain plaintiffs. *See* Stipulation ¶¶ 3, 4, 5.  Notably, the daily transaction log data to be produced pursuant to the subpoena and the Stipulation "will exclude all the identities of any and all counterparties to such trades on the daily transaction logs, and will exclude all other data relating to such counterparties' sides of the trades."  Stipulation ¶ 7.

5.    Consequently, as the CFTC will not be producing any confidential proprietary information regarding Citadel, Citadel's Motion to Quash is moot.

**WHEREFORE,** Citadel respectfully request that this Court enter an order granting Citadel's Motion to Withdraw its Motion to Quash.

Dated: May 23, 2007

Respectfully submitted,

/s/ Kevin M. King
William M. Sullivan, Jr. (Bar No. 427269)
Kevin M. King (Bar No. 456841)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Tel:  (202) 282-5000

***Counsel for Citadel Investment Group, L.L.C.***

## CERTIFICATE OF SERVICE

I, Kevin M. King, attorney for Citadel Investment Group, L.L.C., hereby certify that on May 23, 2007 I caused a copy of Citadel's Motion to Withdraw its Motion to Quash to be served via ECF or email on:

Benjamin J. Weir
**FINKELSTEIN THOMPSON LLP**
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Counsel for Plaintiffs*


Gloria P. Clement, Esq.
**COMMODITY FUTURES TRADING COMMISSION**
1155 21st Street, N.W.
Three Lafayette Centre
Washington, D.C. 20581
E-mail: gclement@cftc.gov


Christopher Lovell
Craig Essenmacher
Christopher M. McGrath
**LOVELL, STEWARD HALEBIAN LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 718-4677
Email: cmcgrath@lshllp.com

*Lead Counsel for Plaintiffs*


Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
101 North Wacker Drive, Suite 2010
Chicago, Illinois 60606

*Designated Local Counsel for Plaintiffs*


Geoffrey Horn
Vince Briganit
**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
E-mail: ghorn@ldbs.com;
vbriganit@ldbs.com

*Counsel for Plaintiffs*


Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York 10022
E-mail: lburke@lfblaw.com

*Counsel for Plaintiffs*

Michael T. Hannafan
**MICHAEL T. HANNAFAN &
ASSOCIATES, LTD.**
One East Wacker Drive, Suite 1208
Chicago, Illinois  60601
E-mail:  mtf@hannafanlaw.com


*Counsel for PIMCO Funds*

David Kotler
**DECHERT LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Building 3, Suite 210
Lawrenceville, New Jersey  08648
E-mail:  david.kotler@dechert.com

*Counsel for PIMCO Funds*


William J. Nissen
Eric J. Grush
**SIDLEY AUSTIN**
One Dearborn Street
Chicago, Illinois  60603
E-mail:  wnissen@sidley.com;
egrush@sidley.com

*Counsel for PIMCO*

R. Christopher Cook
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C.  20002-2113

Lee Ann Russo
Karey V. Skiermont
**JONES DAY**
77 West Wacker
Chicago, Illinois  60601-1692

*Counsel for Lehman Brothers, Inc.*


David S. Krakoff
**MAYER, BROWN, ROWE & MAW, LLP**
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3000

Marshall E. Hanbury
Lisa A. Dunsky
**MAYER, BROWN, ROWE & MAW, LLP**
71 South Wacker Drive
Chicago, Illinois  60606

*Counsel for Ronin Capital, LLC*


/s/ Kevin M. King
Kevin M. King

**IN THE UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION | ) ) ) ) |
| | ) ) |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, AND RICHARD HERSHEY | ) ) ) ) |
| v. | ) ) |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, AND JOHN DOES 1-100 | ) ) ) ) ) |

**No. 06-MC-00489**
**Judge Colleen Kollar-Kotelly**

## ORDER

UPON CONSIDERATION of Citadel Investment Group, L.L.C.'s Motion to Withdraw its Motion to Quash in the above-captioned matter, it is hereby

ORDERED that Citadel Investment Group, L.L.C's Motion to Withdraw Its Motion to Quash is GRANTED.

ENTERED this _____ day of May _____, 2007.


_____
Colleen Kollar-Kotelly
U.S. District Judge