IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION ) ) ) ) | |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, AND RICHARD HERSHEY ) ) ) ) ) v. ) ) PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, AND JOHN DOES 1-100 ) ) ) ) ) | No. 06-MC-00489 Judge Colleen Kollar-Kotelly |

## ORDER

UPON CONSIDERATION of Citadel Investment Group, L.L.C.'s Motion to Withdraw its Motion to Quash in the above-captioned matter, it is hereby

ORDERED that Citadel Investment Group, L.L.C's Motion to Withdraw Its Motion to Quash is GRANTED.

ENTERED this 24th day of May, 2007.

_____
Colleen Kollar-Kotelly
U.S. District Judge