IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

RECEIVED
MAY 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE SUBPOENA TO THE COMMODITY FUTURES )
TRADING COMMISSION JOSEF A. KOHEN, )
BREAKWATER TRADING LLC, AND )
RICHARD HERSHEY )
) Case Number 1:06c00489-CKK
)
v. ) Judge: Colleen Kollar-Kotelly
)
PACIFIC INVESTMENT MANAGEMENT )
COMPANY LLC, PIMCO FUNDS, AND JOHN DOES )
1-100 )

**NOTICE OF NON-PARTY LEHMAN BROTHERS, INC.
<u>MOTION TO WITHDRAW OBJECTIONS</u>**

Non-party Lehman Brothers, Inc. ("Lehman"), by and through undersigned counsel, withdraws its Objections as moot. The grounds for withdrawal are as follows:

1. This matter concerns a subpoena for the production of documents issued through this Court on September 5, 2006, and served on the U.S. Commodity Futures Trading Commission ("CFTC") in connection with *Hershey et al. v. Pacific Investment Management Company LLC, et al.*, No. 05 C 4681, pending in the U.S. District Court for the Northern District of Illinois. The subpoena requested confidential proprietary information from the CFTC regarding Lehman, a non-party in the underlying litigation, that is entirely irrelevant to the underlying litigation.

2. Lehman objected to the September 5, 2006 subpoena served on the CFTC because the subpoena requests were overly broad and requested production of confidential and commercially sensitive information relating to Lehman and other non-parties. Moreover, the Plaintiffs failed to establish the relevance of the information called for under the subpoena to the underlying litigation, let alone showing substantial need as required by Rule 45(c)(3)(B)(i) of the Federal Rules of Civil Procedure.

CHI-1590618v1

3.    On May 17, 2007, the Plaintiffs and the CFTC filed a stipulation regarding the agreement reached concerning the production of the daily transaction log for the June 2005 Ten Year Treasury Note Futures Contract. *See* Stipulation [Dkt. #27-2]. The Stipulation stated that "[a]ll outstanding issues before this Court between the Plaintiffs, the CFTC and the CBOT have been resolved." *See* Notice of Stipulation [Dkt. #27].

4.    The Stipulation provided that the CFTC and the Chicago Board of Trade ("CBOT") will produce to Plaintiffs daily transaction log data for the June 2005 Ten Year Treasury Note Futures Contract for trades transacted during the period May 9 to June 21, 2005 for certain plaintiffs. *See* Stipulation ¶¶ 3, 4, 5. The daily transaction log data to be produced pursuant to the subpoena and the Stipulation "will exclude all the identities of any and all counterparties to such trades on the daily transaction logs, and will exclude all other data relating to such counterparties' sides of the trades." Stipulation ¶ 7.

5.    Thus, because the CFTC will not produce any confidential proprietary information regarding the Lehman, Lehman's objections are moot.

**WHEREFORE,** the Lehman respectfully requests that this Court enter an order granting its Motion to Withdraw Objections. A proposed order is attached.

2

May 25, 2007                                Respectfully submitted,

                                            /s/ R. Christopher Cook
                                            R. Christopher Cook
                                            JONES DAY
                                            51 Louisiana Avenue, N.W.
                                            Washington, D.C. 20002-2113

                                            Lee Ann Russo
                                            Karey V. Skiermont
                                            JONES DAY
                                            77 West Wacker
                                            Chicago, Illinois 60601-1692
                                            Phone No:    (312) 782-3939
                                            Facsimile No: (312) 782-8585

                                            *Counsel for Non-Party*
                                            *Lehman Brothers, Inc.*

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION JOSEF A. KOHEN, BREAKWATER TRADING LLC, AND RICHARD HERSHEY<br><br>v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, AND JOHN DOES 1-100 | ) ) ) ) ) Case Number  1:06c00489-CKK ) ) Judge:  Colleen Kollar-Kotelly ) ) ) ) ) |

## ORDER

HAVING CONSIDERED Non-Party Lehman Brothers Inc.'s Motion to Withdraw its Objections in the above captioned matter, it is hereby ORDERED that Non-Party Lehman Brothers Inc.'s Motion to Withdraw its Objections is GRANTED.

ENTERED this ____ day of _____, 2007.

_____
Colleen Kollar-Kotelly, U.S. Dist. Judge

4

## CERTIFICATE OF SERVICE

I, R. Christopher Cook, one of the attorneys for Lehman Brothers, Inc., hereby certify that on May 25, 2007 I caused a copy of the **NON-PARTY LEHMAN BROTHERS, INC.'s MOTION TO WITHDRAW OBJECTIONS** to be served via ECF or email on:

Gloria P. Clement, Esq.
**COMMODITY FUTURES TRADING COMMISSION**
1155 21st Street, N.W.
Three Lafayette Centre
Washington, D.C. 20581
E-mail: gclement@cftc.gov

William J. Nissen
Eric J. Grush
**SIDLEY AUSTIN**
One Dearborn Street
Chicago, Illinois 60603
E-mail: wnissen@sidley.com;
egrush@sidley.com

*Counsel for PIMCO*

Marvin A. Miller
Anthony F. Fata
**MILLER FAUCHER AND CAFFERTY LLP**
30 North La Salle Street, Suite 3200
Chicago, Illinois 60602
E-mail: mmiller@millerfaucher.com;
afata@millerfaucher.com

*Designated Local Counsel for Plaintiffs*

David Kotler
**DECHERT LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Building 3, Suite 210
Lawrenceville, New Jersey 08648
E-mail: david.kotler@dechert.com

*Counsel for PIMCO Funds*

Michael T. Hannafan
**MICHAEL T. HANNAFAN & ASSOCIATES, LTD.**
One East Wacker Drive, Suite 1208
Chicago, Illinois 60601
E-mail: mth@hannafanlaw.com

*Counsel for PIMCO Funds*

Christopher Lovell
Gary S. Jacobson
Merrick S. Rayle
**LOVELL, STEWARD, HALEBIAN LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 608-1900
Facsimile: (212) 718-4677
E-mail: msrayle@sbcglobal.net

*Counsel for Plaintiffs*

5

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York 10022
E-mail: lburke@lfblaw.com

*Counsel for other Plaintiffs*

Geoffrey Horn
Vince Briganit
**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
One North Lexington Avenue
11th Floor
White Plains, New York 10601
E-mail: ghorn@ldbs.com; vbriganit@ldbs.com

*Counsel for other Plaintiffs*

William M. Sullivan
Kevin M. King
Winston & Strawn LLP
1700 K. Street, N.W.
Washington, D.C. 20006
E-mail: wsullivan@winston.com;
kking@winston.com

*Counsel for Citadel Investment Group, L.L.C.*

Marshall E. Hanbury
Lisa A. Dunsky
**MAYER, BROWN, ROWE & MAW, LLP**
71 South Wacker Drive
Chicago, Illinois 60606
E-mail: mhanbury@mayerbrownrowe.com;
ldunsky@mayerbrownrowe.com

*Counsel for Ronin Capital, LLC*

/s/ R. Christopher Cook