IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION | ) ) ) ) ) ) JOSEF A. KOHEN, BREAKWATER TRADING LLC, AND RICHARD HERSHEY, ) ) ) ) Plaintiffs, ) ) v. ) ) PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, AND JOHN DOES 1-100, ) ) ) ) ) Defendants. ) ) |

No. 06-MC-00489
Judge Colleen Kollar-Kotelly


No. 05 C 4681 (N.D. Ill.)
Judge Ronald A. Guzman
Magistrate Michael T. Mason

## RONIN CAPITAL, LLC'S MOTION
## TO WITHDRAW ITS MOTION TO QUASH

Ronin Capital, LLC ("Ronin"), by and through its counsel, MAYER, BROWN, ROWE & MAW LLP, hereby moves the court for withdrawal of its Motion to Quash. The grounds for withdrawal of Ronin's Motion to Quash are as follows:

1.   On September 5, 2006, a subpoena for the production of documents was issued through this Court and served on the U.S. Commodity Futures Trading Commission ("CFTC") in connection with *Hershey et al. v. Pacific Investment Management Company LLC, et al.,* No. 05 C 4681, pending in the U.S. District Court for the Northern District of Illinois. Although Ronin is a non-party to the underlying litigation, the subpoena called for confidential proprietary information from the CFTC regarding Ronin that is irrelevant to the underlying litigation.

2. Ronin moved to quash the September 5, 2006 subpoena served on the CFTC on the bases that the subpoena requests were expansive and called for the production of confidential commercial information relating to Ronin and other non-parties, and that the Plaintiffs had failed to satisfy the requirements of Rule 45(c) of the Federal Rules of Civil Procedure.

3. On May 17, 2007, the Plaintiffs and the CFTC filed a stipulation regarding the agreement reached concerning the production of the daily transaction log for the June 2005 Ten Year Treasury Note Futures Contract.  *See* Stipulation [Dkt. #27-2].  According to the Stipulation, "[a]ll outstanding issues before this Court between the Plaintiffs, the CFTC and the CBOT have been resolved."  *See* Notice of Stipulation [Dkt. #27].

4. Under the Stipulation, the CFTC and the Chicago Board of Trade ("CBOT") will produce to Plaintiffs daily transaction log data for the June 2005 Ten Year Treasury Note Futures Contract for trades transacted during the period May 9 to June 21, 2005 for certain plaintiffs. *See* Stipulation ¶¶3, 4, 5.  Notably, the daily transaction log data to be produced pursuant to the subpoena and the Stipulation "will exclude all the identities of any and all counterparties to such trades on the daily transaction logs, and will exclude all other data relating to such counterparties' sides of the trades."  Stipulation ¶7.

5. Because the CFTC will not be producing any confidential proprietary information regarding Ronin, Ronin's Motion to Quash is moot.

**WHEREFORE**, Ronin respectfully request that this Court enter an order granting Ronin's Motion to Withdraw its Motion to Quash.

- 3 -

DATED: May 29, 2007                                   Respectfully submitted,

                                                                    /s/ David S. Krakoff
                                            One of the Attorneys for Non-Party
                                            Ronin Capital, LLC

David S. Krakoff (D.C. Bar No. 229641)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC  20006-1101
(202) 263-3000

Marshall E. Hanbury
Lisa A. Dunsky
MAYER, BROWN, ROWE & MAW, LLP
71 South Wacker Drive
Chicago, IL  60606

## CERTIFICATE OF SERVICE

I, David S. Krakoff, attorney for Ronin Capital, LLC, hereby certify that on May 29, 2007, I caused a copy of Ronin's Motion to Withdraw its Motion to Quash to be served via ECF or email on:

Benjamin J. Weir
**FINKELSTEIN THOMPSON LLP**
1050 30th Street NW
Washington, DC  20007
Telephone:  (202) 337-8000
Facsimile:  (202) 337-8090

*Counsel for Plaintiffs*

Christopher Lovell
Craig Essenmacher
Christopher M. McGrath
**LOVELL, STEWARD HALEBIAN LLP**
500 Fifth Avenue
New York, New York  10110
Telephone:  (212) 608-1900
Facsimile:  (212) 718-4677
Email:  cmcgrath@lshllp.com

*Lead Counsel for Plaintiffs*

Geoffrey Horn
Vince Briganit
**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
One North Lexington Avenue, 11th Floor
White Plains, New York  10601
E-mail:  ghorn@ldbs.com;
vbriganit@ldbs.com

*Counsel for Plaintiffs*

Gloria P. Clement, Esq.
**COMMODITY FUTURES TRADING COMMISSION**
1155 21st Street, N.W.
Three Lafayette Centre
Washington, D.C.  20581
E-mail:  gclement@cftc.gov

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
101 North Wacker Drive, Suite 2010
Chicago, Illinois  60606

*Designated Local Counsel for Plaintiffs*

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York 1002
E-mail:  lburke@lfblaw.com

*Counsel for Plaintiffs*

Michael T. Hannafan
**MICHAEL T. HANNAFAN & ASSOCIATES, LTD**.
One East Wacker Drive, Suite 1208
Chicago, Illinois  60601
E-mail:  mtf@hannafanlaw.com

*Counsel for PIMCO Funds*


William J. Nissen
Eric J. Grush
**SIDLEY AUSTIN**
One East Wacker Drive, Suite 11208
Chicago, Illinois  60601
E-mail:  wnissen@sidley.com;
egrush@sidley.com

*Counsel for PIMCO*

David Kotler
**DECHERT LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Building 3, Suite 210
Lawrencevillle, New Jersey  08648
E-mail:  david.kotler@dechert.com

*Counsel for PIMCO Funds*

R. Christopher Cook
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20002-2113

Lee Ann Russo
Karey V. Skiermone
**JONES DAY**
77 West Wacker
Chicago, Illinois  60601-1692

*Counsel for Lehman Brothers, Inc.*

William M. Sullivan, Jr.
Kevin M. King
Winston & Strawn LLP
1700 K. Street, N.W.
Washington, D.C.  20006

*Counsel for Citadel Investment*
  *Group, L.L.C.*


   /s/ David S. Krakoff
    David S. Krakoff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION | ) ) ) ) ) | |
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, AND RICHARD HERSHEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 06-MC-00489 Judge Colleen Kollar-Kotelly |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, AND JOHN DOES 1-100, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

UPON CONSIDERATION of Ronin Capital, LLC's Motion to Withdraw its Motion to Quash in the above-captioned matter, it is hereby

ORDERED that Ronin Capital, L.L.C.'s Motion to Withdraw Its Motion to Quash is GRANTED.

ENTERED this ____ day of _____, 2007.

_____
Colleen Kollar-Kotelly
U.S. District Judge