## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE SUBPOENA TO THE COMMODITY FUTURES TRADING COMMISSION** ) | ) Misc. Case No.  1:06MS00489 |
| ) | ) Honorable Colleen Kollar-Kotelly |
| **JOSEF A. KOHEN, BREAKWATER TRADING LLC, and RICHARD HERSHEY,** ) | |
| **Plaintiffs** ) | |
| **v.** ) | |
| **PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO FUNDS, and JOHN DOES 1-100** ) | |
| **Defendants.** ) | |

### CHICAGO BOARD OF TRADE'S WITHDRAWAL
### OF ITS REINSTATED MOTION TO QUASH

The Board of Trade of the City of Chicago, Inc. ("CBOT®" or "Exchange"), a

non-party, hereby withdraws its Reinstated Motion to Quash, which the Exchange filed

on March 26, 2007.

On May 23, 2007, the Court approved a Stipulation between the Plaintiffs and the

Commodity Futures Trading Commission ("Commission") which resolved all

outstanding issues between the Plaintiffs, the Commission and the CBOT with respect to

Plaintiffs' subpoena to the Commission.

WHEREFORE, the CBOT hereby withdraws its Reinstated Motion to Quash as

moot.

2

Chicago Board of Trade
141 West Jackson Boulevard
6th Floor, Legal Department
Chicago, Illinois 60604
Telephone: (312) 435-3757
Facsimile: (312) 435-3623

Respectfully submitted,

BOARD OF TRADE OF THE CITY
OF CHICAGO, INC.

By: _____/s/_____
    Anne Polaski


    _____/s/_____
    Thomas A. Davis
    DC Bar No. 40931
    Davis & Harman LLP
    The Willard
    1455 Pennsylvania Avenue, N.W.
    Suite 1200
    Washington, D.C. 20004

Dated:  June 1, 2007

3

## CERTIFICATE OF SERVICE

I, Anne Polaski, an attorney for the Board of Trade of the City of Chicago, Inc., hereby certify that on June 1, 2007, I caused copies of the Chicago Board of Trade's Withdrawal of its Reinstated Motion to Quash to be served on the following individuals by Electronic Means:

Jennifer Sprengel
jsprengel@caffertyfaucher.com

Christopher Lovell
clovell@lshllp.com

William J. Nissen
wnissen@sidley.com

Vincent Briganti
vbriganti@ldbs.com

Louis F. Burke
lburke@lfblaw.com

David Kotler
david.kotler@dechert.com

Blake T. Hannafan
bth@hannafanlaw.com

Benjamin J. Weir
bjw@ftllaw.com

Kevin M. King
kking@winston.com

David S. Krakoff
dkrakoff@mayerbrownrowe.com

Lee Ann Russo
larusso@jonesday.com

Gloria Clement
gclement@cftc.gov

Secretary of the Commodity Futures Trading Commission
secretary@cftc.gov

_____/s/_____
Anne Polaski