IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO THE COMMODITY FUTURES TRADING COMMISSION | ) ) ) |
| | ) |
| BREAKWATER TRADING LLC, and RICHARD HERSHEY, | ) ) |
| | ) |
| Plaintiffs, | ) ) |
| | ) ) |
| v. | ) |
| | ) ) ) |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, and PIMCO FUNDS, | ) ) |
| | ) |
| Defendants. | ) ) |

No. 06-MC-00489
Judge Colleen Kollar-Kotelly

No. 05 C 4681 (N.D. Ill.)
Judge Ronald A. Guzman
Magistrate Michael T. Mason

## PLAINTIFFS' MOTION TO CLOSE THE DOCKET

Plaintiffs hereby respectfully move this Court to enter an order closing the matter pending before it.

On May 17, 2007, Plaintiffs and the Commodities Futures Trading Commission ("CFTC") filed a stipulation resolving all outstanding issues before this Court between the Plaintiffs and the CFTC. The Court approved the stipulation on May 23, 2007. All non-party objectors in this action (i.e., Citadel Investment Group, LLC, Lehman Brothers, Inc., Ronin Capital, LLC and the Chicago Board of Trade) have since withdrawn their motions to quash and objections. Thus, all outstanding issues in this action have been resolved.

As a result of the foregoing, Plaintiffs herein request that this matter be closed and that the Court enter an Order instructing the Clerk of the Court to close the docket and terminate the proceedings in this case.

|  | Respectfully submitted, |
|--|--|
|  | **BREAKWATER TRADING LLC, and RICHARD HERSHEY** |
| Dated:  July 10, 2007 | By: s/  Benjamin J. Weir |
|  | Benjamin J. Weir |
|  | **FINKELSTEIN THOMPSON LLP** |
|  | 1050 30th Street NW |
|  | Washington, DC 20007 |
|  | Telephone:  (202) 337-8000 |
|  | Facsimile:  (202) 337-8090 |

Christopher Lovell
Craig Essenmacher
Christopher M. McGrath
**LOVELL STEWART HALEBIAN LLP**
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 608-1900
*Lead Counsel for Plaintiffs*

Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
101 North Wacker Drive, Suite 2010
Chicago, Illinois 60606
Telephone: (312) 525-8316

Geoffrey M. Horn
Vince Briganti
**LOWEY DANNENBERG BEMPORAD & SELINGER, P.C.**
The Gateway
One North Lexington Avenue
White Plains, New York 10601
Telephone: (914) 997-0500

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue
New York, New York 10022
Telephone: (212) 682-1700

**Counsel for Plaintiffs**

## <u>CERTIFICATE OF SERVICE BY ELECTRONIC MEANS</u>

     I, Benjamin J. Weir, one of the attorneys for Plaintiffs, hereby certify that on July 10, 2007, service of the foregoing was accomplished pursuant to ECF as to Filing Users and via Electronic Means as to any party who is not represented by a Filing user.


Dated: July 10, 2007          By: <u>s/  Benjamin J. Weir    </u>
Benjamin J. Weir
**FINKELSTEIN THOMPSON LLP**
1050 30th Street NW
Washington, DC 20007
Telephone:  (202) 337-8000
Facsimile:  (202) 337-8090

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE SUBPOENA ISSUED TO THE COMMODITY FUTURES TRADING COMMISSION | ) ) ) | |
| | ) | |
| BREAKWATER TRADING LLC, and RICHARD HERSHEY, | ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | No. 06-MC-00489 |
| | ) | Judge Colleen Kollar-Kotelly |
| v. | ) | |
| | ) | No. 05 C 4681 (N.D. Ill.) |
| | ) | Judge Ronald A. Guzman |
| | ) | Magistrate Michael T. Mason |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, and PIMCO FUNDS, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

On July 10, 2007, Plaintiffs filed a Motion to Close the Docket. The Court, having considered the papers and pleadings on file, and for good cause shown,

It is hereby **ORDERED** that:

Any motions to quash previously pending before this Court have been withdrawn or have become moot and, as such, closure of the docket and case is warranted, therefore Plaintiffs' Motion is **GRANTED**;

The Clerk of the Court is **DIRECTED** to close the docket and case file in this matter.

IT IS SO ORDERED**.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Washington, D.C.
Dated: _____, 2007

_____
Honorable Colleen Kollar-Kotelly
United States District Court Judge